1  David J. Kaminski (State Bar No. 128509)
   kaminskiD@cmtlaw.com
2  Stephen A. Watkins, Esq. (State Bar No. 205175)
   watkinss@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile
   Attorneys for Defendant
6  COAST PROFESSIONAL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ADRIAN REYES, | CASE NO. 12-cv-01576-DMG |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| COAST PROFESSIONAL INC.; and DOES 1-10, inclusive | |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Defendant COAST PROFESSIONAL INC. and Plaintiff ADRIAN REYES have settled the above-entitled matter as to COAST PROFESSIONAL INC. The parties anticipate that they will complete the settlement, and that the parties will file a Stipulation Re Dismissal, with prejudice, as to the entire action pursuant to FRCP 41(a)(1)(A)(ii), no later than 45 days from the date of this Notice.

In light of the settlement, the parties respectfully request the Court take off calendar all future hearing dates in this case.

DATED: March 13, 2013                    CARLSON & MESSER LLP

                                         By: /s/ David J. Kaminski
                                             David J. Kaminski
                                             Stephen A. Watkins
                                             Attorneys for Defendant,
                                             COAST PROFESSIONAL, INC.


DATED: March 13, 2013                    PRICE LAW GROUP APC

                                         By: /s/ G. Thomas Martin, III
                                             G. Thomas Martin, III
                                             Attorneys for Plaintiff,
                                             ADRIAN REYES

## CERTIFICATE OF SERVICE

I hereby certify that on this **13th** day of **March, 2013**, a true and accurate copy of the foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the ECF system which will send notification of such filing to the following E-mail addresses:

tom@plglawfirm.com

                                        /s/David J. Kaminski
                                        David J. Kaminski

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

07315.00/192495

NOTICE OF SETTLEMENT
CASE NO. 12-cv-01576-DMG-OP